# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**Phyllis Ann Turnbow**                                                                 **Plaintiff**

### No. 3:13CV00083 JTR

**Carolyn W. Colvin, Acting Commissioner,**                          **Defendant**
**Social Security Administration**

## JUDGMENT

Pursuant to the Memorandum and Order filed on this date, judgment is entered in favor of the Commissioner.  This case is dismissed with prejudice.

Dated this 12th day of August, 2014.

_____
United States Magistrate Judge